# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

### September 16, 2011

| | | |
|---|---|---|
| CAAP–10–00 00245 | State v. Flynn | Affirmed |

### September 20, 2011

| | | |
|---|---|---|
| 30133 | World Botanical Gardens, Inc. v. Wagner | Affirmed |

### September 22, 2011

| | | |
|---|---|---|
| 30440 | Akioka v. Lionheart | Affirmed |

### October 13, 2011

| | | |
|---|---|---|
| 29040 | Pascual v. Gapasin | Affirmed |

### November 4, 2011

| | | |
|---|---|---|
| 30511 | Mason v. State | Affirmed |

### November 14, 2011

| | | |
|---|---|---|
| 30479 | Jones v. Hawaii Residency Programs, Inc. | Affirmed |

### November 15, 2011

| | | |
|---|---|---|
| 30627 | Behpour v. Hakim Inv. Consortium, L.L.C. | Affirmed |

### November 23, 2011

| | | |
|---|---|---|
| CAAP–11–00 00075 | K.D.-V, In re | Affirmed |

### November 30, 2011

| | | |
|---|---|---|
| 29495 | Athens v. International Archaeological Research Institute, Inc. | Affirmed |
| CAAP–11–00 00156 | Battey v. State | Affirmed |